UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| LUXEYARD, INC., | 3:15-cv-00357-LRH-WGC |
| Plaintiff, | **MINUTES OF THE COURT** |
| vs. | October 27, 2015 |
| KAY HOLDINGS, INC., SANO HOLDINGS, INC., and ROBERT WHEAT, | |
| Defendants. | |

PRESENT:  THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   KATIE LYNN OGDEN   REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is Plaintiff's "Amended Motion to Authorize Substituted Service or Alternative Service on Defendant Robert Wheat, or Alternatively, Amended Motion for Additional Time to Accomplish Service on Defendant Robert Wheat." (ECF. No. 42.) This Order addresses only the component of the motion which requests additional time to accomplish service on Defendant Wheat. Plaintiff represents several attempts at personal service on the defendant have been unsuccessful and therefore requests a 120 day extension of the November 10, 2015 deadline for completion of service on Defendant Wheat.

The component of Plaintiff's motion (ECF No. 42) which seeks an extension of the deadline for completion of service is **GRANTED**.  Plaintiff shall have **up to and including March 10, 2016** to effect service on Defendant Robert Wheat.

The courtroom administrator shall calendar a hearing on the remaining component of Plaintiff's motion, i.e., the Amended Motion to Authorize Substituted Service, as soon as the court's calendar will accommodate it.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:   /s/
Deputy Clerk