UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| LUXEYARD, INC.,<br><br>             Plaintiff,<br><br>v.<br><br>KAY HOLDINGS, INC.; SANO HOLDINGS, INC.; and ROBERT WHEAT,<br><br>             Defendants. | 3:15-cv-0357-LRH-WGC<br><br><u>ORDER</u> |

Before the court is defendants Kay Holdings, Inc. ("Kay") and Sano Holdings, Inc.'s ("Sano") (collectively "moving defendants") motion to dismiss complaint. Doc. #6. However, after the filing of moving defendants' motion, plaintiff LuxeYard, Inc. ("LuxeYard") filed an amended complaint. Doc. #14. The filing of the amended complaint supersedes the original complaint in its entirety. Accordingly, moving defendants' motion to dismiss the complaint is now moot. Therefore, the court shall deny the motion to dismiss.

IT IS THEREFORE ORDERED that defendants' motion to dismiss (Doc. #6) is DENIED as moot.

IT IS SO ORDERED.

DATED this 2nd day of November, 2015.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE